UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                              :

DAMYAN AVILES et al., *on behalf of themselves and others similarly situated*,               :

                                         Plaintiffs,              :      23-CV-0001 (JMF) (BCM)

                                                     :      <u>ORDER OF REFERENCE</u>
              -v-                                          :      <u>TO A MAGISTRATE</u>
                                                     :      <u>JUDGE</u>

CFR CORP. et al.,                                    :

                                         Defendants.        :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: January 3, 2023                                  _____
       New York, New York                                JESSE M. FURMAN
                                                             United States District Judge