# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 28, 2023

<u>*Via Electronic Filing*</u>
The Hon. Jesse M. Furman, U.S.D.J
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *Aviles et al v. CFR Corp. et al*
         Case No.: 1:23-cv-00001-JMF

Dear Honorable Judge Furman,

  This law firm represents Plaintiffs Damyan Aviles and Nicole Sanchez (together, the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules 2(E) and the directives of Your Honor's January 3, 2023 Order Regarding Early Settlement Conference and Initial Pretrial Conference [Dckt. No. 6] (the "January 3rd Order"), this letter respectfully serves to request: (i) an adjournment of the April 18, 2023 initial pretrial conference to a date and time after May 24, 2023; or, in the alternative, (ii) permission to hold the contemplated April 18, 2023 initial pretrial conference prior to the contemplated settlement conference.

  This is the first request of its nature, and is made on consent of counsel for Defendants CFR Corp., and Herve Rousseau (together, the "Defendants"). If granted, this request would not affect any other scheduled deadlines.

  The basis of this request is that, as set forth more fully in Plaintiffs' letter motion, filed on March 28, 2023 [Dckt. No. 17] [1], additional time was needed for the parties to supplement the existing document production, pursuant to Your Honor's directives in the January 3rd Order. Additional time was also needed for Plaintiffs to evaluate Defendants' most recent offer, before communicating a revised demand.

  In light of the foregoing, the parties respectfully request: (i) that the April 18, 2023 initial pretrial conference be adjourned to a date and time after May 24, 2023; or, in the alternative, (ii) permission to hold the contemplated April 18, 2023 initial pretrial conference prior to the contemplated settlement conference.

  Thank you, in advance, for your time and attention to this matter.

---

[1] Plaintiffs filed a letter motion on March 28, 2023 [Dckt. No. 17], requesting an adjournment of the March 29, 2023 Settlement Conference to either May 23, 2023 or May 24, 2023. The parties have confirmed these proposed dates with the Honorable Magistrate Judge Moses' chambers, prior to the filing of the application.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

VIA ECF: All Counsel

Application GRANTED. The conference currently scheduled for April 18, 2023, is hereby adjourned to **June 13, 2023**, at **9:00 a.m.**, and will be held via teleconference. The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

March 28, 2023