UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
DAMYAN AVILES, *on behalf of themselves and others*               :
*similarly situated in the proposed FLSA Collective Action*,      :
et al.,                                                           :
                                        Plaintiffs,               :                23-CV-1 (JMF)
                                                                  :
                    -v-                                           :                <u>ORDER</u>
                                                                  :
CFR CORP., et al.,                                               :
                                                                  :
                                        Defendants.               :
                                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 7, 2023, Plaintiffs filed a motion for approval of the parties' proposed settlement. *See* ECF No. 22. The motion was addressed to Magistrate Judge Moses, but the parties did not file a consent form, available at https://www.nysd.uscourts.gov/node/754, to proceed in front of Magistrate Judge Moses for all purposes, including the decision of whether or not to approve the settlement. The parties are hereby ORDERED to either file on the docket a completed consent form by **June 12, 2023**, or to file a letter **by that same date** indicating that one or more parties do not consent to proceeding in front of Magistrate Judge Moses.

SO ORDERED.

Dated: June 8, 2023
       New York, New York                          _____
                                                   JESSE M. FURMAN
                                                   United States District Judge