UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Damyan Aviles and Nicole Sanchez, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*



Case No.: 23-cv-0001

*Plaintiff,*

**STIPULATION**

- *against* -

CFR Corp., and Herve Rousseau,

*Defendants.*
-------------------------------------------------------------X

Plaintiffs Damyan Aviles and Nicole Sanchez (together, the "Plaintiffs"), by their undersigned counsel, agree and stipulate with Defendants CFR Corp., and Herve Rousseau (together, the "Defendants"), by their undersigned counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED no party hereto is an infant or incompetent person for whom a committee has been appointed and no non-party has an interest in the subject matter of the action;

IT IS HEREBY STIPULATED AND AGREED that that Section 6(c) of that certain proposed long-form settlement agreement filed on June 7, 2023 [Dckt. No. 22-1] is hereby stricken in its entirety.

IT IS HEREBY STIPULATED AND AGREED that this Stipulation may be executed in any number of counterparts and by the parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.

Dated:   New York, New York
         August 14, 2023

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: /s/ Jason Mizrahi
    Jason Mizrahi, Esq.
    60 East 42nd Street, Suite 4700
    New York, NY 10165
    Tel. No.: (212) 792-0046
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiffs*

COVIELLO WEBER & DAHILL LLP

By: /s/ William F. Dahill
    Wiilliam F. Dahill, Esq.
    707 Westchester Avenue, Suite 300
    White Plains, NY 10604
    Tel. No.: (914) 461-4343
    Email: wdahill@cwdlaw.com
    *Attorneys for Defendants*

> The Court has received and reviewed the parties' stipulation dated August 14, 2023 (Dkt. 29), notifying the Court that they have excised the unilateral no-publicity clause originally included at ¶ 6(c) of the Settlement Agreement (Dkt. 22-1). Having carefully reviewed the financial and non-financial terms of the (modified) Settlement Agreement, the Court finds that they are fair and reasonable, as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED as modified, and the above-captioned action is hereby DISMISSED with prejudice in its entirety. *See* Settlement Agreement at ECF p. 9. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED THIS** 15 **DAY OF** August , 2023

_____
Barbara Moses
United States Magistrate Judge